**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-cv-20122-JEM

JENEFFER DELROSARIO,

    Plaintiff,

vs.

CG RYC, LLC, et al..

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff and all Defendants, by and through undersigned counsel, notify the Court that they have settled the above styled case. In accordance with applicable FLSA law, the parties will submit a fully-executed Settlement Agreement for the Court's approval.

Respectfully submitted this 26th day of September, 2018

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| LAW OFFICES OF PAUL A. SACK, P.A.<br>1130 Washington Avenue, Suite 3<br>Miami Beach, Florida 33139<br>Tel: 305-397-8077<br>Fax: 305-763-8057<br><br>By: /s/ Paul A. Sack<br>Paul A. Sack, Esq.<br>Primary: paul@paulsacklaw.com<br>ps1619@bellsouth.net | LAW OFFICE OF LOWELL J. KUVIN<br>17 East Flagler Street, Suite 223<br>Miami, Florida 33131<br>Tel.: 305.358.6800<br>Fax: 305.358.6808<br><br>By: /s/ Lowell J. Kuvin<br>Lowell J. Kuvin, Esq.<br>Bar No. 53072<br>*Law Office of Lowell J. Kuvin*<br>17 East Flagler Street, Suite 223<br>Miami, Florida 33131<br>Tel.: 305.358.6800<br>Fax: 305.358.6808<br>PrimaryEmail:lowell@kuvinlaw.com<br>Secondary Email: legal@kuvinlaw.com |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been served by electronic mail upon all counsel of record on September 26, 2018.

Respectfully submitted,

**LAW OFFICES OF PAUL A. SACK, P.A.**
1130 Washington Avenue, Suite 3
Miami Beach, Florida 33139
Telephone: 305-397-8077
Facsimile: 305-763-8057

By: /s/ PAUL A. SACK, ESQ.
FBN: 363103
Primary: paul@paulsacklaw.com
ps1619@bellsouth.net